**Order entered December 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01368-CR

**DERIC BERNARD MCLAURINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F14-71400-Y**

## ORDER

On December 10, 2015, the trial court adjudicated appellant's guilt for aggravated assault with a deadly weapon and assessed punishment at twenty years in prison. Appellant's pro se notice of appeal, signed December 17, 2015 and postmarked December 30, 2015, was filed in the trial court on January 15, 2016 and in this Court on November 30, 2017.

Absent a motion for new trial, a notice of appeal in a criminal case must be filed in the trial court within 30 days after the day sentence is imposed in open court. TEX. R. APP. P. 26.2(a)(1). A document received within ten days after the filing deadline is considered timely filed if (1) it was sent to the proper clerk by United States Postal Service (2) in an envelope properly addressed and stamped and (3) it was deposited in the mail on or before the last day for filing. TEX. R. APP. P. 9.2(b). Here, appellant's notice of appeal was due January 9, 2016 but

was received January 15, 2016.  Because appellant mailed his notice of appeal to the trial court in a properly addressed and stamped envelope that was postmarked December 30, 2015, we conclude his notice of appeal is timely filed.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal.  If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal.  If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.  We further **ORDER** that the supplemental clerk's record contain the trial court's completed certification of appellant's right to appeal in this case.  *See* TEX. R. APP. P. 25.2(a), (d).

We **ABATE** the appeal to allow the trial court to comply with the order.  The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/      LANA MYERS
         JUSTICE